**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
99 OCT 22 AM 11: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HELGA E. VALENTIN DE JESUS,

     Plaintiff(s)

     v.                                    Civil  No.  98-2382(PG)

UNITED HEALTHCARE PLANS OF
PUERTO RICO, INC., ET AL.,

     Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #50 - Motion for Leave to File Reply and for Extension of Time | *Granted as requested* |

Date: October _31_, 1999.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge