UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 19 AM 8 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

HELGA E. VALENTIN DE JESUS,

    Plaintiff(s)

v.                                    Civil No. 98-2382(PG)

UNITED HEALTHCARE PLANS OF
PUERTO RICO, INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #45 - Stipulation for Voluntary Dismissal | APPROVED. |

Date: November 18, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge