UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|                                      |   |                     |
|--------------------------------------|---|---------------------|
| HELGA E. VALENTIN DE JESUS, ET AL.,  | * |                     |
|                                      | * |                     |
| Plaintiffs                           | * |                     |
|                                      | * |                     |
| v.                                   | * | Civ. No. 98-2382(PG)|
|                                      | * |                     |
| UNITED HEALTH CARE PLANS OF PUERTO RICO, INC., ET AL., | * |   |
|                                      | * |                     |
| Defendants                           | * |                     |

------------------------------------*



## J U D G M E N T

The Court having approved the parties' "Stipulation for Voluntary Partial Dismissal," it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties.  FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED** as to co-defendants Dr. Ramón Ramírez Ronda; his wife, Dorothy Doe; the conjugal partnership between them, SIMED, as Dr. Ramírez's insurer; Dr. Carlos Estévez Vélez; his wife, Evelyn Doe; the conjugal partnership between them; and Seguros Triple-S, Inc., as Dr. Estévez's insurer.  No costs or attorney's fees shall be imposed.

San Juan, Puerto Rico, November _18_ , 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge