# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  December 14, 1999

COURTROOM DEPUTY:  Lida Isis EGELE          CIVIL CASE:  98-2382 (PG)

==================================================================

HELGA VALENTIN                              <u>Attorneys:</u>  Mario PABON
                                            Bruce BOWMAN (by phone)
vs.

UNITED HEALTHCARE PLAN,                     Jaime TORO MONSERRATE
et al                                       Angélica TORO
                                            Rita VELEZ GONZALEZ
                                            Carlos MARTINEZ TEXIDOR
                                            José OTERO MATOS

==================================================================

THIRD STATUS CONFERENCE held in chambers.  Counsel for co-defendant Dr. Victor Ortiz Justiniano informed that the plaintiff hasn't answered the interrogatories they submitted on May 5, 1999, and that she hasn't produced the following: the documents requested during her deposition, the signed under oath authorizations for Social Security and the Treasury Department, and the account number for plaintiff's checking account with Banco Popular, Mayagüez Playa Branch.  The Court is informed that the plaintiff has also failed to produce the personal letters that were to be submitted to the Court, under seal, for an in camera inspection.  Mr. Bruce Bowman, counsel for the plaintiff, responded that he has never received the interrogatories submitted by Dr. Ortiz and that due to Ms. Valentin's illness it has been very difficult to obtain the requested documents.

The plaintiff is ordered to produce the documents, the signed authorizations, and number of her checking account by this Monday, **December 20, 1999**, or **sanctions** will



Civil 98-2382 (PG)                                                                                       Page 2
December 14, 1999

be imposed. The personal letters are also to be submitted, in chambers, by **December 20**, 1999. The answers to the interrogatories are to be submitted by **December 31**, 1999.

Co-defendant United Healthcare will file a supplement to their motion for summary judgment, which has been responded to by the plaintiff, and which stands submitted.

**A hearing on the jurisdictional issue is set for February 9, 2000, at 5:30 P.M.** The defendants are to file the motions to dismiss by **January 20, 2000. All discovery is stayed, all depositions are canceled, until the Court decides the jurisdictional issue.** Once this issue is out of the way, new discovery deadlines will be set, if necessary.

The plaintiff is once again ordered to include attorney Rita Vélez González, counsel for co-defendant Dr. Victor Ortiz Justiniano, on all its notifications.

Lida Isis EGELE
Courtroom Deputy

s/c:   Mario Pabón, Bruce Bowman, Jaime Toro, José Otero, Carlos Martinez Texidor and Rita Vélez.