# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: February 9, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-2382 (PG) |

============================================================

| | |
|---|---|
| HELGA VALENTIN | Attorneys: Mario PABON<br>Antonio MOREDA |
| vs. | |
| UNITED HEALTHCARE PLAN,<br>et al | Jaime TORO MONSERRATE<br>Angélica TORO<br>Rita VELEZ GONZALEZ<br>Carlos MARTINEZ TEXIDOR<br>José OTERO MATOS |

============================================================

HEARING ON THE ISSUE OF JURISDICTION called. The Court is informed that a joint motion for voluntary dismissal as to defendant United Health Care Plan of Puerto Rico, Inc. (UHCP) will be submitted to the remaining defendants for their consideration. Since defendant UHCP is the movant in this hearing, the remaining defendants request a continuance of this hearing to give them an opportunity to file their motions to dismiss for lack of jurisdiction. These remaining defendants state that they need the transcript of the deposition of the plaintiff before deciding if they will move to dismiss for lack of jurisdiction or not.

Counsel Rita Vélez, representing defendant Dr. Victor Ortiz, hasn't been able to obtain all the documents she needs because of erroneous information provided by the plaintiff. She needs the records from Mount Sinai, the Veterans Administration, the Social Security, the Treasury Department, and the plaintiff's car licence in order to obtain the



Civil 98-2382 (PG)  
February 9, 2000

Page 2

records from the PR Public Work. Plaintiff Helga Valentín is present in court and she states that she provided copies of her income tax returns for 1996, 1997 and 1998, to Mr. Bowman. Mr. Moreda will obtain these copies and forward them to Mrs. Vélez. It will take approximately 3 to 4 months to obtain the other documents.

By February 25, 2000, the plaintiff shall file its opposition to the motion to dismiss filed by UHCP. By February 25, 2000, the Court is to be informed if defendant UHCP will remain in this case or not. By March 17, 2000, the other defendants shall file their respective motions to dismiss for lack of jurisdiction. If the plaintiff is going to respond to any other motion to dismiss, they are to do so within 10 days after its filing.

**The hearing on the issue of jurisdiction is continued for May 6, 2000, at 10:00 A.M.** Yes, this is a Saturday.

Lida Isis EGELE  
Courtroom Deputy

s/c:   Mario Pabón, Bruce Bowman, Jaime Toro, José Otero, Carlos Martinez Texidor and Rita Vélez.