UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HELGA E. VALENTIN DE JESUS,
    Plaintiff,

v.                          Civil No. 98-2382(PG)

UNITED HEALTHCARE PLANS
OF PUERTO RICO, INC., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #62 - Motion Joining Motion To Dismiss For Lack Of Diversity Of Jurisdiction. | Granted |

Date: ~~February~~ April 10, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge