UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



HELGA E. VALENTIN DE JESUS,
et al.,
    Plaintiffs,

v.                          Civil No. 98-2382(PG)

UNITED HEALTHCARE PLAN
OF PUERTO RICO, INC., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #63 - Motion Joining Motion To Dismiss. | Granted |

Date: ~~February~~ April 10, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

72