UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

HELGA E. VALENTIN DE JESUS,     *
                                   *
      Plaintiff,                *
                                   *
          v.                     *       CIVIL NO. 98-2382(PG)
                                   *
UNITED HEALTHCARE PLANS       *
OF PUERTO RICO, INC., ET AL.   *
                                   *
      Defendants.             *

ENTERED ON DOCKET 7/31/00 PURSUANT TO FRCP RULES 58 & 79

J U D G M E N T

The Court having entered an Opinion and Order on July 27, 2000, granting co-defendant, United Healthcare Plans of Puerto Rico, Inc.'s motion to dismiss for lack of diversity jurisdiction, (Docket No. 60) joined by the other defendants, it is hereby

**ORDERED and ADJUDGED** that the complaint be **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico    July    27, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)