## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HELGA E. VALENTIN De JESUS, <br><br> Plaintiff <br><br> Vs. <br><br> UNITED HEALTHCARE PLANS OF PUERTO RICO, et als <br><br> Defendants | CASE NO: 98-2382 (PG) <br><br> PERSONAL INJURY-MEDICAL MALPRACTICE <br><br> JURY TRIAL DEMANDED |

### NOTICE OF APPEAL

Notice is hereby given that the above name plaintiff Helga Valentín De Jesús, hereby appeal to the United States Court of Appeals for the First Circuit from the judgment entered in this action on the 31st day of July, 2000 dismissing plaintiff's claims for lack of subject matter jurisdiction (diversity jurisdiction was alleged in the complaint.)

Appellees are the above name defendants: United Healthcare Plans of Puerto Rico, Inc.; Víctor Ortíz, M.D., his wife Ann Doe, and the conjugal partnership constituted between them; Juan R. Díaz Troche, MD, his wife Bea Doe, and the conjugal partnership constituted between them; Luis O. Ramírez Ferrer, MD, his wife Chris Doe, and the conjugal partnership constituted between them; Sociedad Diaz, Ramírez & Ortíz, a Puerto Rico Professional Partnership, Ramón Ramírez-Ronda, MD, his wife Dorothy Doe and conjugal partnership constituted



s/c: Appeals clerk
s/c: DCHS Counsel

(83)

between them; Carlos Estevez, MD, his wife, Evelyn Doe, and the conjugal partnership constituted between them; Normando Durán, MD, his wife, Frida Doe, and the conjugal partnership constituted between them; Bella Vista Hospital, Sindicato de Aseguradores Para La Suscripción Conjunta de Seguros de Responsabilidad Profesional Médico-Hospitalaria (SIMED); Phico Insurance Company; Seguros Triple S Inc. and Genco Insurance Company.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of August, 2000.

        **MOREDA & MOREDA**
        PO BOX 366066
        SAN JUAN, PR 00936-6066
        TEL.: (787) 754-6290

        ANTONIO MOREDA TOLEDO
        USDC-PR 121610

iav