UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HELGA E. VALENTIN DE JESUS,
    Plaintiff,

v.                        Civil No. 98-2382(PG)

UNITED HEALTHCARE PLAN
OF PUERTO RICO, INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #86 - MOTION REQUESTING STAY OF PROCEEDINGS PURSUANT TO AN ORDER ISSUED BY THE COMMONWEALTH COURT OF PENNSYLVANIA STAYING ALL ACTIONS CURRENTLY PENDING AGAINST PHICO INSURANCE COMPANY AND ITS INSURERS. | GRANTED. This action will be stayed for a period of six (6) months. |

Date: _March 18_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge